# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 15, 2017, the cause upon appeal to revise or reverse your judgment between

Ana Sophia Spencer and William Alex Spencer, Appellant

V.

Jennifer Overpeck, Appellee

No. 04-16-00565-CV and Tr. Ct. No. 2016-CI-03779

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order denying the appellants' motion to dismiss with regard to appellee's claims for tortious interference with contract, abuse of process, and wrongful injunction is REVERSED, and those claims are DISMISSED. The remainder of the trial court's order is AFFIRMED. The cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of the appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 3, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-16-00565-CV

**Ana Sophia Spencer and William Alex Spencer**

**v.**

**Jennifer Overpeck**

(NO. 2016-CI-03779 IN 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | MARK J CANNAN |
| MOTION FEE | $10.00 | E-PAID | MARK CANNAN |
| MOTION FEE | $10.00 | E-PAID | N/A |
| COPIES | $5.00 | PAID | STEVE ROGERS |
| MOTION FEE | $10.00 | E-PAID | MARK CANNAN |
| MOTION FEE | $10.00 | E-PAID | STEPHAN B ROGERS |
| MOTION FEE | $10.00 | E-PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | STEPHAN B ROGERS |
| MOTION FEE | $10.00 | E-PAID | MARK J CANNAN |
| STATEWIDE EFILING FEE | $30.00 | E-PAID | N/A |
| INDIGENT | $25.00 | E-PAID | N/A |
| FILING | $100.00 | E-PAID | N/A |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, KEITH E. HOTTLE, CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 3, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853